UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)
PETITION OF )
JUDITH TAVAREZ )
)
ex. rel. )
)
ANDREA CABRAL, Individually and as )
Sheriff of Suffolk County Massachusetts; )
)
JOHN DOES (I-III); )
)
COMMONWEALTH OF )
MASSACHUSETTS; )
)
ERIC HOLDER, Attorney General of the )
United States of America; )
)
JANET NAPOLITANO, Director of )
Homeland Security of the United States of )
America; )
)
IMMIGRATION AND CUSTOMS )
ENFORCEMENT AGENCY of the )
Department of Homeland Security of the )
United States of America. )
)
Respondents )
)
ex. rel. )
)
DOMINGO MARTINEZ a.k.a. Jose Familia )
LEONEL BELLO )
)

**VERIFIED PETITION TO
MEMORIALIZE TESTIMONY
PURSUANT TO FED. R. CIV. P. 27.**

[Handwritten annotation at right margin:] held on November 16, 2009, at 11:00 am. This order temporarily restrains the U.S. and all those concerned with it. Petitioner shall serve forthwith this Order to be served forthwith. W.G.Y. D.J. Nov. 16, 2009

[Handwritten annotation at bottom:] After an emergency hearing on November 16, 2009, it is hereby ORDERED that the United States shall not deport or otherwise move out of Massachusetts, Jose Familia (a/k/a Domingo Martinez) or Leonel Bello until further order of this court. See F.R. Civ. P. 65(b). A further hearing will be